**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | : | No. 160 EAL 2022 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| SHIRRETHA THURMOND, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.